IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL J. MARQUIS, | ) | CASE NO. 8:20-CV-16 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| TARTER FARM & RANCH EQUIPMENT, LLC, | ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the stipulation of the Plaintiff and Defendant, that the above-captioned action be dismissed, with prejudice, which each party to pay their own costs (Filing No. 18). The Court, being fully advised in the premises, finds that such an order should be entered. Accordingly,

IT IS ORDERED that this action is dismissed, with prejudice, each party to pay their own costs.

Dated this 5th day of June 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge